IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. _____ |
| JORDAN MICHAEL JOHN MACHIPINESS-FANDRICK | Violation: 18 U.S.C. § 2244(a)(5) and 1153 |

**Abusive Sexual Contact**

The United States Attorney Charges:

From in or about 2016 and continuing until on or about February 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

JORDAN MICHAEL JOHN MACHIPINESS-FANDRICK,

an Indian, did attempt and knowingly engage in sexual contact, that is, the intentional touching, either directly or through the clothing, of the genitalia and buttocks of A.H., a child under the age of 12, with the intent to arouse or satisfy his sexual desire;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

_____
DREW H. WRIGLEY
United States Attorney

DMD/vt