JS 45 (Rev. 2/07 USAO)

# Criminal Case Cover Sheet — U.S. District Court

## Place of Offense:
County: Rolette

## Related Case Information:
☒ Information ☐ Indictment
☐ Superseding Inf. ☐ Superseding Indictment

Docket Number

Recommended Division  Eastern

☒ Same Defendant ☐ New Defendant

Explanation: See place of offense

Magistrate Judge Case
Search Warrant Case
R 20/R 40 from District

## Defendant Information:
Defendant Name: Jordan Michael John Machipiness-Fandrick
Alias Name:
Address: Dunseith, ND

Birthdate: 1990   Social Security Number: xxx-xx-6956   Sex: M   Alien
☐ Juvenile - Matter to be sealed
☐ Interpreter requested. Language and/or

## U. S. Attorney Information:
USA/AUSA  Dawn Deitz
Name of Agency  FBI – Amy Chandler

## Location Status:
☐ Not Arrested.    Requesting: ☐ Summons   ☐ Warrant
☐ Arrested On
☐ Pretrial Release As              by order
☒ Already in Federal Custody as of 5/27/2020 in
☐ Already in State Custody in
☐ Detainer Filed on
☐ Fugitive

## U.S.C. Citations
Total # of Counts: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| U.S. Code/Index Key | Description of Offense Charged/Statutory Maximum Penalties | Counts |
|---|---|---|
| 18 USC §§ 2244(a)(5) and 1153 | Abusive Sexual Contact (Life/$250,000) | 1 |